CLEVELAND METROPOLITAN BAR ASSOCIATION *v*. LEMIEUX.

[Cite as *Cleveland Metro. Bar Assn. v. Lemieux*, 2024-Ohio-5444.]

(No. 2013-1246—Submitted November 13, 2024—Decided November 19, 2024.)

ON APPLICATION FOR REINSTATEMENT.

———————————

{¶ 1} This cause came on for further consideration upon the filing on April 26, 2024, of a petition for reinstatement by respondent, John Louis Lemieux, Attorney Registration No. 0073494. In accordance with Gov.Bar R. V(25)(E), respondent's petition for reinstatement was referred to the Board of Professional Conduct. The board filed its final report in this court on October 4, 2024, recommending that respondent be reinstated to the practice of law in Ohio with conditions. No objections to said final report were filed, and this cause was considered by the court.

{¶ 2} Upon consideration thereof, it is ordered by this court that the petition for reinstatement of respondent is granted and that respondent, John Louis Lemieux, last known address in Lakewood, Ohio, is reinstated to the practice of law in Ohio. It is further ordered that upon respondent's return to active status, he shall (1) enter into a new three-year Ohio Lawyers Assistance Program contract and comply with its terms, (2) submit to random monthly drug testing for a period of three years, (3) practice law in association with at least one other experienced lawyer for the first year following his reinstatement and return to active status, (4) work with a monitoring attorney designated or approved by relator under which his practice of law shall be monitored for the first year following reinstatement and return to active status, (5) complete at least six hours of continuing legal education ("CLE") training in office management and at least three hours of CLE training in IOLTA management within six months following reinstatement and return to active

status, and (6) remit the $2,760 due to Jennifer Heise to the Unclaimed Funds Division of the Ohio Department of Commerce, if that division approves such a remittance.

{¶ 3} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

{¶ 4} For earlier case, see *Cleveland Metro. Bar Assn. v. Lemieux*, 2014-Ohio-2127.

KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, STEWART, and DETERS, JJ., concur.

BRUNNER, J., not participating.

_____